Stephanie L. Cooper, Esquire
Nevada Bar No. 5919
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 435 4181 (facsimile)
Loan No. 1205205597 / Our File No. 08-04-2101

Attorney for Secured Creditor
America's Servicing Company, Servicer for CS PMSR ARMT

ECF filed on:
JUL 1 5 2008

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

REGINO C. GRUSPE

Debtor(s)

CHAPTER 13
BANKRUPTCY NO.: 07-18810-LBR

DATE: May 27, 2008
TIME: 1:30 PM

## BREACH AND FAILURE TO COMPLY WITH TERMS OF THE ADEQUATE PROTECTION ORDER

TO: **REGINO C. GRUSPE, DEBTOR(S)**

TO: **David Krieger, Esq., ATTORNEY FOR THE DEBTOR(S)**

TO: **Kathleen A. Leavitt, CHAPTER 13 TRUSTEE**

TO: **ALL INTERESTED PARTIES**

TO: **THE CLERK OF THE ABOVE-ENTITLED COURT**

You have failed to remit payments in accordance with the Adequate Protection payments as required by the Order entered between Secured Creditor, America's Servicing Company, Servicer for CS PMSR ARMT, and you on or about June 20, 2008. To date, the payment that Debtor tendered on June 2, 2008 for $1531.68 and was given credit in the breakdown of arrears in APO was returned as NSF and has not been replaced since. In addition, the additional payment for July 20, 2008 was not due and payable but at time of expiration it will be and has been

included in the amount quoted. These payments were required to be made timely by the order entered above.

The amount currently due to America's Servicing Company, Servicer for CS PMSR ARMT, which includes the attorney's fee amount of $100.00 as provided in the Order, is $2,107.11. Debtor must tender checks in the form of **CERTIFIED FUNDS ONLY** made payable to America's Servicing Company and delivered ONLY to: THE COOPER CASTLE LAW FIRM, LLP 820 South Valley View Blvd., Las Vegas, Nevada 89107 no later than **July 25, 2008**.

IF SAID PAYMENT IS NOT REMITTED ON OR BEFORE THAT DATE TO THE ADDRESS INDICATED, we will submit an Order to the Court to allow us to commence foreclosure/eviction proceedings on your property. If Counsel represents you, please note that under the Supreme Court Rules of the State of Nevada, we are absolutely PROHIBITED from speaking directly with you in regards to this Breach. You should contact your attorney for any advice on curing this default. If you believe this default to be in error then you MUST have your attorney contact us prior to the deadline for payment or an Order may be entered against you.

We are not at liberty to make additional deals with you on restructuring the payments beyond what has already been agreed to. If you have any questions on this matter, you must contact YOUR ATTORNEY.

Date: _____

                                Stephanie L. Cooper, Esquire
Nevada Bar No. 5919
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
Attorney for Secured Creditor
America's Servicing Company, Servicer for CS PMSR ARMT

1  Stephanie L. Cooper, Esquire
   Nevada Bar No. 5919
2  THE COOPER CASTLE LAW FIRM
   A Multi-Jurisdictional Law Firm
3  820 South Valley View Blvd.
4  Las Vegas, NV 89107
   (702) 435-4175/(702) 435 4181 (facsimile)
5  Loan No. 1205205597 / Our File No. 08-04-2101
   Attorney for Secured Creditor
6  America's Servicing Company, Servicer for CS PMSR ARMT

7
                UNITED STATES BANKRUPTCY COURT
8                    DISTRICT OF NEVADA

   In re:
9
                                        CHAPTER 13
   REGINO C. GRUSPE                     BANKRUPTCY NO.: 07-18810-LBR
10
                Debtor(s)               DATE: May 27, 2008
11                                      TIME: 1:30 PM

12

13  **DECLARATION OF MAILING OF SECURED CREDITORS BREACH AND FAILURE TO COMPLY WITH TERMS OF THE ADEQUATE PROTECTION ORDER**

14
        The undersigned hereby declares and certifies that on __7/15__, 2008, a copy of
15  the Secured Creditors BREACH AND FAILURE TO COMPLY was served on the following
    parties by depositing a copy of the same in the United States Mail, postage prepaid and addressed
16  to:

17  David Krieger, Esq.                    Kathleen A. Leavitt
    1020 Garces Avenue Suite 100           302 E. Carson #300
18  Las Vegas, NV 89101                    Las Vegas, NV 89101

19  REGINO C. GRUSPE
20  2511 Madre Grande St.
    Las Vegas, Nevada 89142

21

22     I declare under penalty of perjury that the foregoing is true and correct.

23                            _____[signature]_____
24                            An employee of THE COOPER CASTLE LAW FIRM

25