Stephanie L. Cooper, Esquire
Nevada Bar No. 5919
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 435 4181 (facsimile)
Loan No.  1205205597 / Our File No. 08-04-2101

Attorney for Secured Creditor
America's Servicing Company, Servicer for CS PMSR ARMT

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

REGINO C. GRUSPE,

Debtor(s)

CHAPTER 13
BANKRUPTCY NO.: 07-18810-LBR
DATE: May 27, 2008
TIME: 1:30 PM

## NOTICE OF FULL PAYMENT AND REINSTATEMENT OF TERMS OF THE ADEQUATE PROTECTION ORDER

TO:  **REGINO C. GRUSPE**           **DEBTORS**
TO:  **David Krieger, Esq.**          **ATTORNEY FOR THE DEBTOR(S)**
TO:  **Kathleen A. Leavitt**          **CHAPTER 13 TRUSTEE**
TO:  **ALL INTERESTED PARTIES**
TO:  **THE CLERK OF THE ABOVE ENTITLED COURT**

Notice is hereby given that Debtors made payment and satisfied the amount listed in the Breach and Failure to Comply and that the Terms of the Adequate Protection Order are fully reinstated.

Date: 9/4/08

Stephanie L. Cooper, Esquire
Nevada Bar No. 5919
THE COOPER CASTLE LAW FIRM
Attorney for Secured Creditor

- 1 -

Stephanie L. Cooper, Esquire
Nevada Bar No. 5919
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 435 4181 (facsimile)
Loan No. 1205205597/ Our File No. 08-04-2101

Attorney for Secured Creditor
America's Servicing Company, Servicer for CS PMSR ARMT

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

REGINO C. GRUSPE,

Debtor(s)

CHAPTER 13
BANKRUPTCY NO.: 07-18810-LBR
DATE: May 27, 2008
TIME: 1:30 PM

### DECLARATION OF MAILING OF NOTICE OF FULL PAYMENT AND REINSTATMENT OF TERMS OF THE ADEQUATE PROTECTION ORDER

The undersigned hereby declares and certifies that on __9/8/08__, 2008, a copy of the Secured Creditors NOTICE OF FULL PAYMENT AND REINSTATMENT OF TERMS OF THE ADEQUATE PROTECTION ORDER was served on the following parties by depositing a copy of the same in the United States Mail, postage prepaid and addressed to:

David Krieger, Esq.
1020 Garces Avenue Suite 100
Las Vegas, NV 89101

Kathleen A. Leavitt
302 E. Carson #300
Las Vegas, NV 89101

Regino Gruspe
2511 Madre Grande St.
Las Vegas, NV 89142

I declare under penalty of perjury that the foregoing is true and correct.

_/s/_ 
An employee of THE COOPER CASTLE LAW FIRM