

Entered on Docket
October 30, 2009

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

George Haines, Esq.
Nevada Bar No.: 9411
HAINES & KRIEGER, LLC
1020 Garces Ave.
Las Vegas, NV 89101
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for Regino C. Gruspe

E-FILED: October 16, 2009

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Case No. BKS-07-18810-LBR<br>Chapter 13 |
| **Regino C. Gruspe,** | Hearing Date:  October 8, 2009<br>Hearing Time:  2:30 P.M. |
| Debtor(s). | |

### ORDER ON MOTION TO VACATE ORDER DISMISSING CHAPTER 13, REINSTATE CHAPTER 13 AND REIMPOSE THE AUTOMATIC STAY BY DEBTOR

THE ABOVE MATTER having been heard at the time and date above:

**IT IS ORDERED THAT** the instant Chapter 13 matter be reinstated:

**IT IS FURTHER ORDERED THAT** the prior Order dismissing the instant Chapter 13 matter is hereby vacated;

**IT IS FURTHER ORDERED THAT** the automatic stay is hereby reimposed as to all creditors;

**IT IS FURTHER ORDERED THAT** the Debtor must convert within ten days of entry of this ~~to~~ order to reinstate.

DATED October 16, 2009

       HAINES & KRIEGER, L.L.C.

By:    /s/George Haines, Esq.
        George Haines, Esq.
        Attorney for Debtor(s)

Approved by: _____
        Kathleen Leavitt
        Chapter 13 Trustee

### ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

___ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_x__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

APPROVED: Kathleen Leavitt

DISAPPROVED:

FAILED TO RESPOND:

                      ###