# United States Bankruptcy Court
### District of Nevada

Case No. <u>07–18810–lbr</u>
Chapter 7

In re: (Name of Debtor)
    REGINO C GRUSPE
    1611 DUHAMEL WAY
    NORTH LAS VEGAS, NV 89109

## ORDER DISCHARGING TRUSTEE AND CLOSING OF DISMISSED CASE

The estate of the above named debtor(s), having been Dismissed by Court Order, **IT IS HEREBY ORDERED THAT:**

YVETTE WEINSTEIN, Trustee

is discharged as trustee of the estate of the above named debtor(s) and the Bankruptcy is hereby closed.

Dated: 1/7/10

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court