B6F (Official Form 6F) (12/07)

In re **Regino C Gruspe**                                                                                          , Case No. **07-18810**
                                         Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx5702<br><br>American General Finan<br>420 N Nellis Blvd Ste A8<br>Las Vegas, NV 89110 | | H | Opened 2/20/06 Last Active 5/24/07<br>Personal Loan | | | | 4,410.00 |
| Account No. xxxxxxxxxxxxxx7781<br><br>Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329 | | H | Opened 4/03/06 Last Active 3/18/07<br>CreditCard | | | | 1,986.00 |
| Account No. xxxxxxxxxxxxxx5703<br><br>Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329 | | W | Opened 4/07/99 Last Active 12/01/02<br>CreditCard | | | | 0.00 |
| Account No. xxxxxx1750<br><br>Amex<br>Po Box 84063<br>Columbus, GA 31908 | | C | Opened 10/23/98 Last Active 5/27/03<br>CreditCard | | | | 0.00 |
| __9__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 6,396.00 |

In re **Regino C Gruspe**, Case No. **07-18810**
                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxxx0151<br><br>Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329 | | H | Opened 9/19/06<br>CreditCard | | | | 0.00 |
| Account No. xxx2848<br><br>Anestheasiology Consultants, Inc.<br>P.O. Box 50209<br>Henderson, NV 89016 | | - | 4/09<br>medical bill | | | | 150.00 |
| Account No. 3628<br><br>Bank Of America<br>Po Box 1598<br>Norfolk, VA 23501 | | C | Opened 11/12/04 Last Active 5/02/07<br>CreditCard | | | | 9,404.00 |
| Account No. 3111<br><br>Bank Of America<br>Po Box 1598<br>Norfolk, VA 23501 | | W | Opened 8/08/03 Last Active 9/26/05<br>CreditCard | | | | 8,711.00 |
| Account No. 6834<br><br>Bank Of America<br>Po Box 1598<br>Norfolk, VA 23501 | | C | Opened 6/23/06 Last Active 2/21/07<br>CreditCard | | | | 2,087.00 |

Sheet no. **1** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **20,352.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Regino C Gruspe**, Case No. **07-18810**
　　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx6322 <br><br> **Bank Of Guam** <br> **P O Box Bw** <br> **Hagatna, GU 96932** | | W | Opened 11/09/98  Last Active 12/11/01 <br> CreditCard | | | | 0.00 |
| Account No. xxxxxxxxxxxx2001 <br><br> **Bank Of Hawaii** <br> **111 S King St** <br> **Honolulu, HI 96813** | | C | Opened 4/30/96  Last Active 6/01/01 <br> InstallmentLoan | | | | 0.00 |
| Account No. xxxxxxxx3540 <br><br> **Beal Bank Ssb** <br> **6000 Legacy Dr # 2e** <br> **Plano, TX 75024** | | C | Opened 3/17/98 <br> ConventionalRealEstateMortgage | | | | Unknown |
| Account No. xxxxxxxx6397 <br><br> **Beal Bank Ssb** <br> **6000 Legacy Dr # 2e** <br> **Plano, TX 75024** | | C | Opened 3/17/98 <br> ConventionalRealEstateMortgage | | | | Unknown |
| Account No. xxxxxxxx3528 <br><br> **Bk Of Amer** <br> **4161 Piedmont Pkwy** <br> **Greensboro, NC 27410** | | W | Opened 7/19/03  Last Active 12/05/06 <br> Automobile | | | | 10,605.00 |

Sheet no. **2** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **10,605.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Regino C Gruspe**, Case No. **07-18810**
                  Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H/W/J/C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx0997<br><br>Capital 1 Bk<br>11013 W Broad St<br>Glen Allen, VA 23060 | | H | Opened 4/29/03 Last Active 6/17/04<br>CreditCard | | | | 0.00 |
| Account No. xxxxxxxxxxx5394<br><br>Capital One Fsb<br>Po Box 26625<br>Richmond, VA 23261 | | H | Opened 10/31/01 Last Active 2/02/07<br>CreditCard | | | | 3,476.00 |
| Account No. xxx2732<br><br>Cbsj Financial Corp.<br>299 Stockton Ave<br>San Jose, CA 95126 | | W | Opened 10/27/03 Last Active 3/01/05<br>Collection Personal Finance Center | | | | 0.00 |
| Account No. xx3260<br><br>Ccb Na<br>Pob 5010 Room 1242<br>Concord, CA 94524 | | C | Opened 10/01/03 Last Active 3/15/07<br>CreditCard | | | | 190.00 |
| Account No. xxxxxxxx1964<br><br>Chase<br>800 Brooksedge Blvd<br>Westerville, OH 43081 | | C | Opened 4/11/06 Last Active 4/24/07<br>CreditCard | | | | 5,447.00 |

Sheet no. **3** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **9,113.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Regino C Gruspe**, Case No. **07-18810**
  Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x3487**<br>**Citi-shell**<br>**Credit Bureau Disp Po Box 6003**<br>**Hagerstown, MD 21747** | | C | Opened 8/01/02 Last Active 1/01/07<br>CreditCard | | | | **31.00** |
| Account No. **xxxxxxxxxxxx9936**<br>**Citibank Usa**<br>**Po Box 6003**<br>**Hagerstown, MD 21747** | | H | Opened 3/10/04 Last Active 5/23/07<br>ChargeAccount | | | | **597.00** |
| Account No. **xxxx1590**<br>**Countrywide Home Lending**<br>**450 American St Credit Reporting S**<br>**Simi Valley, CA 93065** | | H | Opened 9/22/04<br>ConventionalRealEstateMortgage | | | | **0.00** |
| Account No. **xxxx1542**<br>**Countrywide Home Lending**<br>**450 American St Credit Reporting S**<br>**Simi Valley, CA 93065** | | H | Opened 9/22/04<br>ConventionalRealEstateMortgage | | | | **0.00** |
| Account No. **xxxxxxxx9884**<br>**Discover Fin**<br>**Pob 15316**<br>**Wilmington, DE 19850** | | C | Opened 4/18/06 Last Active 5/17/07<br>CreditCard | | | | **2,092.00** |

Sheet no. **4** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **2,720.00**

In re **Regino C Gruspe**, Case No. **07-18810**
                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx1001<br><br>Fairlane Credit<br>Po Box 73577<br>Dallas, TX 75374 | | H | Opened 7/09/99 Last Active 11/01/02<br>Automobile | | | | 0.00 |
| Account No. xxx8074<br><br>First Revenue Assuranc<br>200 Fillmore St Ste 300<br>Denver, CO 80206 | | W | Opened 9/07/06<br>Collection Cingular Wireless | | | | 118.00 |
| Account No. xxxxxxxx0580<br><br>Fst Premier<br>900 W Delaware Po Box 5114<br>Sioux Falls, SD 57117 | | W | Opened 3/01/00<br>CreditCard | | | | 0.00 |
| Account No. xxxxxxxx0438<br><br>Gemb/american Car Care<br>Po Box 981439<br>El Paso, TX 79998 | | H | Opened 5/04/03 Last Active 1/07/04<br>ChargeAccount | | | | 0.00 |
| Account No. xx0210<br><br>Gemb/jcp Ppp<br>Po Box 981402<br>El Paso, TX 79998 | | C | Opened 2/10/06 Last Active 4/01/07<br>CheckCreditOrLineOfCredit | | | | 3,804.00 |

Sheet no. **5** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **3,922.00**

In re **Regino C Gruspe**, Case No. **07-18810**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx3297** <br><br> **Gemb/mervyns** <br> **Po Box 981400** <br> **El Paso, TX 79998** | | H | Opened 12/20/02 Last Active 3/16/07 <br> ChargeAccount | | | | 473.00 |
| Account No. **xxxxxxxxxxxx4939** <br><br> **Hsbc Nv** <br> **Po Box 19360** <br> **Portland, OR 97280** | | H | Opened 5/31/02 Last Active 7/06/04 <br> CreditCard | | | | 0.00 |
| Account No. **xxxxxxxx5264** <br><br> **Hsbc/bstby** <br> **Pob 15521** <br> **Wilmington, DE 19805** | | H | Opened 10/04/04 Last Active 3/19/07 <br> ChargeAccount | | | | 3,204.00 |
| Account No. **xx6283** <br><br> **Jc Penney** <br> **Po Box 981402** <br> **El Paso, TX 79998** | | C | Opened 11/13/05 Last Active 4/01/07 <br> ChargeAccount | | | | 1,282.00 |
| Account No. **xx6074** <br><br> **Jc Penney** <br> **Po Box 981402** <br> **El Paso, TX 79998** | | H | Opened 9/29/02 Last Active 5/26/04 <br> ChargeAccount | | | | 0.00 |

Sheet no. **6** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **4,959.00**

In re **Regino C Gruspe**, Case No. **07-18810**
                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx0820<br>Macys/fdsb<br>9111 Duke Blvd<br>Mason, OH 45040 | | W | Opened 2/04/97 Last Active 6/04/03<br>ChargeAccount | | | | 370.00 |
| Account No. xxxxx5601<br>Personal Finance Cente<br>973 S Marine Corps Dr<br>Tamuning, GU 96913 | | W | Opened 10/18/01 Last Active 3/15/05<br>InstallmentLoan | | | | 69.00 |
| Account No. xxxxx8801<br>Personal Finance Cente<br>973 S Marine Corps Dr<br>Tamuning, GU 96913 | | C | Opened 10/30/97 Last Active 10/18/01<br>InstallmentLoan | | | | 0.00 |
| Account No. xxxxxxxxxxxx4459<br>Prism/cbsd<br>Po Box 6003<br>Hagerstown, MD 21747 | | H | Opened 6/18/02 Last Active 3/09/07<br>CreditCard | | | | 3,767.00 |
| Account No. xxxxxx4856<br>Providian Financial<br>Po Box 9180<br>Pleasanton, CA 94566 | | H | Opened 1/11/01 Last Active 4/01/02<br>CreditCard | | | | 0.00 |

Sheet no. **7** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **4,206.00**

In re **Regino C Gruspe**, Case No. **07-18810**
                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Quest Diagnostics**<br>**PO Box 98675**<br>**Las Vegas, NV 89193** | | - | **4/09**<br>**medical bill** | | | | **Unknown** |
| Account No. **xx2435**<br>**R C Willey**<br>**2301 S. 300 West**<br>**Salt Lake City, UT 84115** | | H | **Opened 12/01/04 Last Active 6/21/05**<br>**ChargeAccount** | | | | **0.00** |
| Account No. **xxxxxxxxxxxx7393**<br>**Security Bank**<br>**Po Box 3038**<br>**Evansville, IN 47730** | | H | **Opened 6/01/01**<br>**CreditCard** | | | | **0.00** |
| Account No. **xxxxxxxx2160**<br>**Select Portfolio Svcin**<br>**Po Box 65250**<br>**Salt Lake City, UT 84165** | | H | **Opened 6/13/05 Last Active 10/11/05**<br>**ConventionalRealEstateMortgage** | | | | **0.00** |
| Account No. **xxxxxxxxxxxxx0001**<br>**Toyota Mtr**<br>**10040 N. 25th Ave. #200**<br>**Phoenix, AZ 85021** | | C | **Opened 12/01/01 Last Active 1/01/04**<br>**Automobile** | | | | **0.00** |

Sheet no. **8** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Regino C Gruspe**                                                   , Case No.  **07-18810**
                           Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx8841<br><br>**Valley Hospital Medical Center**<br>**8801 W Sahara Ave, First Floor**<br>**Las Vegas, NV 89117** | | - | 4/09<br>medical | | | | 400.00 |
| Account No. xxxxxxxxxx3608<br><br>**Wffinancial**<br>**5001 E Bonanza Rd**<br>**Las Vegas, NV 89110** | | H | Opened 7/12/06 Last Active 5/20/07<br>NoteLoan | | | | 869.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **9** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **1,269.00**

Total (Report on Summary of Schedules)  **63,542.00**

B6 Declaration (Official Form 6 - Declaration). (12/07)

## United States Bankruptcy Court
### District of Nevada

In re  **Regino C Gruspe**                                  Case No.  **07-18810**
                                   Debtor(s)                Chapter   **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **25** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **January 14, 2010**          Signature **/s/ Regino C Gruspe**
                                             **Regino C Gruspe**
                                             Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy